[940 NE2d 913, 915 NYS2d 208]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE SWEEPER, Appellant.

Decided December 14, 2010

### APPEARANCES OF COUNSEL

*Center for Appellate Litigation*, New York City (*Susan H. Salomon* and *Robert S. Dean* of counsel), for appellant.

*Cyrus R. Vance, Jr., District Attorney*, New York City (*Patricia Curran* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. Supreme Court properly denied defendant's application pursuant to *Batson v Kentucky* (476 US 79 [1986]). Defendant failed to establish a step one prima facie case of racial discrimination (*id.* at 94-97; *People v Hecker*, 15 NY3d 625 [2010]). Defendant's challenge to the constitutionality of his adjudication as a persistent violent felony offender is barred by *Almendarez-Torres v United States* (523 US 224 [1998]; *see People v Bell*, 15 NY3d 935 [2010] [decided today]). Defendant's remaining contentions are without merit.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.